UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Fred Godsey,

      Plaintiff,                                     Case No. 07-13242

v.                                                        Hon. Nancy G. Edmunds

Correctional Medical Services, Inc.,
Dr. Craig Hutchinson, Dr. George
Pramstaller, Does, Unknown Medical
Staff at Duane Waters Hospital,

      Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff Pramstaller's motion for summary judgment is GRANTED, Defendants Correctional Medical Services, Inc. and Dr. Craig Hutchinson's motion to dismiss is GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: September 22, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2008, by electronic and/or ordinary mail.

                                              s/Carol A. Hemeyer
                                              Case Manager